IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

        Petitioner,               No. CIV S-07-1145 LKK GGH P

   vs.

J. DOVEY, et al.,

        Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion, thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1

1 | providing the highest state court with a full and fair opportunity to consider all claims before
2 | presenting them to the federal court.  Picard v. Connor, 404 U.S. 270, 276,  92 S. Ct. 509, 512
3 | (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).
4 |      After reviewing the petition for habeas corpus, it does not appear that petitioner
5 | has exhausted state court remedies.  Accordingly, petitioner is ordered to show cause within ten
6 | days of the date of this order why this action should not be dismissed for his failure to exhaust
7 | state court remedies.
8 |      Good cause appearing, IT IS HEREBY ORDERED that:
9 |      1.  Petitioner is granted leave to proceed in forma pauperis;
10 |      2.  Within ten days of the date of this order, petitioner shall show cause why this
11 | action should not be dismissed for his failure to exhaust state court remedies.
12 | DATED: 7/2/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

16 | br1145.ord