IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

        Petitioner,                    No. CIV S-07-1145 LKK GGH P

    vs.

JAMES TILTON, et al.,

        Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 2, 2007, the court ordered petitioner to show cause why this action should not be dismissed for his failure to exhaust state court remedies.  On July 16, 2007, petitioner filed a response to the show cause order.  On July 23, 2007, petitioner filed a motion for reconsideration of his July 16, 2007, pleading.  Attached to the July 23, 2007, pleading is a copy of the order by the California Supreme Court denying his habeas petition.  Good cause appearing, the order to show cause is discharged.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  The July 2, 2007, order to show cause is discharged;

        2.  Petitioner's July 23, 2007, motion for reconsideration is construed as further briefing in response to the show cause order;

1

3. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 8/3/07                                         /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

br1145.100