IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

    Plaintiff,                  No. CIV S-07-1145 LKK GGH P

   vs.

JAMES TILTON, et al.,

    Defendant.              <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed. Respondent does not oppose petitioner's request. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed. <u>See also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

       Accordingly, the Clerk of Court shall close this case.

DATED: March 6, 2009

                                       /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

GGH:AB
brow1145.dism